FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0473

_____

IN THE MATTER OF:

T.A.K.A.,                                                                 O R D E R

      A Youth in Need of Care.

_____

The record was filed for purposes of this appeal on December 21, 2020. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal within 20 days of the date of this Order. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 29 2021